| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorneys for Plaintiff<br>Albert Dytch |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT DYTCH, | ) | No. 4:18-cv-01527-KAW |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF ACTION AND REQUEST THAT THE COURT RETAIN JURISDICTION; [PROPOSED] ORDER** |
| vs. | ) | |
| TBGI, A CALIFORNIA CORPORATION dba TOWNHOUSE BAR & GRILL, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated between Plaintiff, Albert Dytch ("Dytch"), and Defendants, TGBI, a California Corporation doing business as Townhouse Bar & Grill, Inc., and Adelaide McManus, as Trustee of the Robert Hammond McManus Revocable Trust dated September 17, 2003 (collectively "Defendants," and together with Dytch, collectively "the Parties"), by and through their respective counsel, as follows:

1. This matter be dismissed with prejudice in its entirety.

2. The Court shall retain jurisdiction over this matter for the purpose of adjudicating Dytch's motion for attorneys' fees, costs, and litigation expenses ("Fees Motion").

3. Dytch shall have 45 days after the Court's entry of the Order dismissing this action within which to file his Fees Motion.

4. For purposes of the Fees Motion only, Defendants will not dispute that Plaintiff is the prevailing party.

**IT IS SO STIPULATED.**

Dated: October 12, 2018                    MISSION LAW FIRM, A.P.C.


*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Albert Dytch

Dated: October 12, 2018                    LAW OFFICES OF DAVID C. MACPHERSON


*/s/ David C. Macpherson*
David C. Macpherson
Attorney for Defendants
TGBI, a California Corporation and
Adelaide McManus, Trustee

# ORDER

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. This matter is dismissed with prejudice in its entirety.
2. The undersigned shall retain jurisdiction over this matter for the purpose of adjudicating Plaintiff Albert Dytch's motion for attorneys' fees, costs, and litigation expenses ("Fees Motion"), if any.
3. Plaintiff Albert Dytch shall have 45 days after the entry of this Order within which to file his Fees Motion.
4. Plaintiff Albert Dytch is the prevailing party in this action solely for purposes of resolving his Fees Motion.

**IT IS SO ORDERED.**

Dated: 10/25/18

KANDIS A. WESTMORE
United States Magistrate Judge